|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048<br>Raymond Ballister Jr., Esq., SBN 111282 |
| 3 | Phyl Grace, Esq., SBN 171771<br>Dennis Price, Esq., SBN 279082 |
| 4 | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
| 7 | Attorneys for Plaintiff, NEHEMIAH KONG |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEHEMIAH KONG, | ) | Case No.: 2:18-CV-04676-PSG-GJS |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| ROBERT CHAN, in representative and individual capacity as the trustee of the Chan Family Living Trust dated August 26, 1988; ELAINE YEE LIN CHAN, in representative and individual capacity as the trustee of the Chan Family Living Trust dated August 26, 1988; BUU DIEN FRENCH SANDWICH INC., a California Corporation; and Does 1-10, | ) | |
| Defendants, | ) | |

   The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: April 01, 2020     /s/ Amanda Lockhart Seabock
                         Amanda Lockhart Seabock
                         Attorney for Plaintiff

Notice of Settlement         -1-         2:18-CV-04676-PSG-GJS