CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

T. Patrick Long, Esq., State Bar No. 182394
Tplong@ldlawyers.com
Warren B. Campbell, Esq., State Bar No. 70375
wbcampbell@ldlawyers.com
LONG & DELIS
400 North Tustin Avenue, Suite 370
Santa Ana, California 92705
(714) 668-1400 / (714) 668-1411 (fax)
Attorneys for Defendants
Robert Chan and Elaine Yee Lin Chan

**FILED**
CLERK, U.S. DISTRICT COURT
6/8/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHAN, in representative and individual capacity as the trustee of the Chan Family Living Trust dated August 26, 1988; ELAINE YEE LIN CHAN, in representative and individual capacity as the trustee of the Chan Family Living Trust dated August 26, 1988; BUU DIEN FRENCH SANDWICH INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 2:18-CV-04676-PSG-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** ; ORDER |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 04,2020        CENTER FOR DISABILITY ACCESS

                           By:   /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
                                 Attorneys for Plaintiff

Dated: June 04,2020        LONG & DELIS

                           By:   /s/ Warren B. Campbell
                                 T. Patrick Long
                                 Warren B. Campbell
                                 Attorneys for Defendants
                                 Robert Chan and Elaine Yee Lin Chan

**IT IS SO ORDERED.**
DATED: 6/8/2020 _____

_____
**U.S. DISTRICT JUDGE**

2

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to T. Patrick Long, counsel for Robert Chan and Elaine Yee Lin Chan, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 04, 2020                    CENTER FOR DISABILITY ACCESS

                                              By:    /s/ Amanda Lockhart Seabock
                                                        Amanda Lockhart Seabock
                                                        Attorneys for Plaintiff